IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YALI ACEVEDO-FELICIANO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ARCHIDIOCESE OF SAN JUAN, *et al.*, <br><br> Defendants. | CIVIL NO. 18-1060(JAG) |

*NUNC PRO TUNC* JUDGMENT

Pursuant to this Court's Order issued today, Docket No. 41, this case is hereby REMANDED to the Puerto Rico Court of First Instance for further proceedings. This Order shall be retroactively applied and shall be effective as of March 13, 2018, the date on which this Court's basis for jurisdiction ceased to exist. *See* Docket No. 41. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Monday, August 20, 2018.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE