# UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO
### FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
### CARLOS CHARDON AVE.
### HATO REY, PUERTO RICO 00918-1767

| | |
|---|---|
| FRANCES RIOS DE MORAN | TEL.  (787) 772-3074 |
| CLERK | FAX   (787) 772-3077 |

August 21, 2018

Clerk of Court  
Puerto Rico Court of First Instance  
San Juan Division  
P.O. Box 190887  
San Juan, PR. 00919-0887

      **Re:** **Acevedo-Feliciano et al v. Archdioceses of San Juan et al**  
      **Our Case: Civil Case 3:18-cv-01060 (JAG)**  
      <u>Your Case:</u>  SJ2016CV0091; SJ2016CV00143; and SJ2016CV00156

Dear Clerk:

    In accordance with the Remand Order entered by U.S. District Judge Jay A. Gregory Garcia, in the above entitled case, we include the following documents:

1. Certified copy of Remand Order. (Docket #41)

2. Certified copy of docket sheet.

3. Certified copy of Judgment. (Docket #44)

    Kindly acknowledge receipt on the copy attached herewith.

                               Very truly yours,

                               FRANCES RIOS DE MORAN  
                               Clerk of Court

                        By:  s/Marie A. Gonzalez-Rodriguez  
                               Deputy Clerk