# United States Court of Appeals
## For the First Circuit

No. 18-1931

YALI ACEVEDO-FELICIANO; SONIA ARROYO-VELAZQUEZ; ELSIE ALVARADO-RIVERA; CATHOLIC SCHOOLS EMPLOYEES PENSION TRUST; JOHN A. WILLIAMS-BERMUDEZ; CONJUGAL PARTNERSHIP ACEVEDO-WILLIAMS; JUAN D. ALBARRAN-RODRIGUEZ; CARMEN M. ALMODOVAR-OLIVA; MIGUEL E. ALONSO-REYES; MARY L. DE GRAUX-VILLAFANA; CONJUGAL PARTNERSHIP ALONSO- DE GRAUX; IRAIDA ALVARADO-GARCES; LUIS APONTE-SANTIAGO; LOURDES ISERN; CONJUGAL PARTNERSHIP APONTE-ISERN; MILAGROS ARROYO-REYES; JOSE A. SOLIS-RIOS; CONJUGAL PARTNERSHIP  ARROYO-SOLIS; ENID AVILA-CARDONA; BORIS CORUJO-ORRACA; CONJUGAL PARTNERSHIP AVILA-CORUJO; ANA AYALA-TORRES; RAMON ORTIZ; CONJUGAL PARTNERSHIP ORTIZ-AYALA; ESTHER C. BARRERA; GLORIA CARABALLO-FIGUEROA; JORGE LUIS LEAVITT; CONJUGAL PARTNERSHIP LEAVITT-CARABALLO; GLORIA M. CERRA-QUINONES; JAIME LOPEZ-DIAZ; CONJUGAL PARTNERSHIP LOPEZ-CERRA; ERNESTO N. CHIESA-FIGUEROA; MARIA E. BAEZ-BELLO; CONJUGAL PARTNERSHIP CHIESA-BAEZ; VILMARIE CHIROLDES-CARBIA; MAYRA DAGMAR COLON-NIEVES; RAMONITA COVAS-BERNIER; MARIA M. CRUZ-CASSE; JOSE F. UMPIERRE-RIVERA; CONJUGAL PARTNERSHIP UMPIERRE-CRUZ; LUZ D. CRUZ-RODRIGUEZ; ANA ROSA CUESTA-DEL VALLE; FRANCISCO E. DE LOS SANTOS-AQUINO; MARIA DEL C. ORTIZ-NAVARRO; CONJUGAL PARTNERSHIP DE LOS SANTOS-ORTIZ; YOLANDA M. ELIZONDO-DEL PINO; VIRGILIO ESPINAL-WALLACE; SANTA LEBRON-FERRERA; CONJUGAL PARTNERSHIP ESPINAL-LEBRON; AIDA TERESA FEBRES-HERNANDEZ; JUAN R. GARCIA-LOUBRIEL; CONJUGAL PARTNERSHIP GARCIA-FEBRES; MARIA JOSE FERNANDEZ-MAGADAN; ENEIDA FERNANDEZ-MORENO; CLARA E. FERNANDEZ-SISSA; SARITA FONT-RODRIGUEZ; JOSE M. CASTRO-PAVIA; CONJUGAL PARTNERSHIP CASTRO-FONT; ALFREDO GARCIA; MARIBEL CASANOVA; CONJUGAL PARTNERSHIP GARCIA-CASANOVA; LIZ GARCIA-DAVILA; VANESSA GARCIA-DAVILA; HECTOR JORGE MONSERRATE; CONJUGAL PARTNERSHIP MONSERRATE-GARCIA; IVELISSE GARCIA-VEGA; FRANCISCO J. MIRANDA-DEL VALLE; CONJUGAL PARTNERSHIP MIRANDA-GARCIA; LYMARIS GONZALEZ-SIERRA; REYNALDO ORTIZ; CONJUGAL PARTNERSHIP ORTIZ-GONZALEZ; ELBA GUTIERREZ-SCHMIDT; HECTOR JULIAN LANZO-ROLDAN; LYDIA RIVERA-FLORES; CONJUGAL PARTNERSHIP LANZO-RIVERA; JOSE MANUEL LEAVITT-REY; CARMEN E. LEDESMA-MENDEZ; CLAUDIO E. ACARON-BONILLA; CONJUGAL PARTNERSHIP ACARON-LEDESMA; CLARITA LIDIN- DE ROM; CARLOS ROM-GORIS; CONJUGAL PARTNERSHIP ROM-LIDIN; TERESA LOPEZ-GUZMAN; LIGIA LOPEZ-OLIVER; CHRISTINE M. LUGO-QUESADA; CARLIXTA MARTINEZ-VILORIO; RONNY ECHEVARRIA; CONJUGAL PARTNERSHIP ECHEVARRIA-MARTINEZ; MILAGROS MATOS-ALVAREZ; ANTONIO MANUEL TAVERAS; CONJUGAL PARTNERSHIP TAVERAS-MATOS; AWILDA MELENDEZ-RIOS; EDWIN SANCHEZ-MALDONADO; CONJUGAL PARTNERSHIP SANCHEZ-MELENDEZ; EDDA I.

MELENDEZ-RIVERA; YEIDY R. OLIVER-HERNANDEZ; JESUS ORTIZ-GARCIA; MARTA VILLAMIL-RODRIGUEZ; CONJUGAL PARTNERSHIP ORTIZ-VILLAMIL; DIANA ORTIZ-RODRIGUEZ; NERIROSA OTERO-ROMERO; ALBERTO DEL TORO; CONJUGAL PARTNERSHIP DEL TORO-OTERO; CARMEN PRISCILLA PAVIA-CABANILLAS; FRANCISCA RAMIREZ-NUNEZ; LUIS DARIO TINEO-SANCHEZ; CONJUGAL PARTNERSHIP TINEO-RAMIREZ; MILAGROS RAMOS; ALONSO DE HOYOS; CONJUGAL PARTNERSHIP DE HOYOS-RAMOS; JUAN M. RAMOS-PIZARRO; DORA CARRASQUILLO-MARQUEZ; CONJUGAL PARTNERSHIP RAMOS-CARRASQUILLO; IRAIDA RINALDI-RIOS; FERNANDO QUINONES-APONTE; CONJUGAL PARTNERSHIP QUINONES-RINALDI; CARLOS JUAN RIVERA-PADUA; NOELIA M. TORRES-COTTS; CONJUGAL PARTNERSHIP RIVERA-TORRES; GEORGINA RIVERA-RODRIGUEZ; DIANA ROCHE RODRIGUEZ-RIOS; ANGELA RODRIGUEZ-COLON; PEDRO A. DEL VALLE FERRER; CONJUGAL PARTNERSHIP DEL VALLE-RODRIGUEZ; GENOVEVA RODRIGUEZ-ROSA; CARLOS RUIZ-PORRATA; SYLVIA RAMOS-MOREAU; CONJUGAL PARTNERSHIP RUIZ-RAMOS; CARMEN C. RUIZ-REXACH; MARLENE RUIZ-RUIZ; JORGE A. SALDARRIAGA-BARRAGAN; CONJUGAL PARTNERSHIP SALDARRIAGA-RUIZ; MARIA VICTORIA SAIZ-MARTINEZ; RAMIRO JORDAN-SARRIA; CONJUGAL PARTNERSHIP JORDAN-SAIZ; OSCAR SANCHEZ DEL CAMPO-DELGADO; DIANA SARDINA-HERNANDEZ; JORGE ESCOBAR; CONJUGAL PARTNERSHIP ESCOBAR-SARDINA; YOLANDA SEDA-BENITEZ; MANUEL A. PEREZ-SANCHEZ; CONJUGAL PARTNERSHIP PEREZ-SEDA; ESTRELLA SISSA-DE LEON; CRISTINA SORIANO; AMELIA SOTOMAYOR-DIAZ; RAMONA STOKES-GIMENEZ; RITA I. TORO-MONSERRATE; MIGUEL A. HERNANDEZ-FELICIANO; CONJUGAL PARTNERSHIP HERNANDEZ-TORO; LIANIS Z. VELEZ-PEREZ; JULIO RODRIGUEZ-ODUM; CONJUGAL PARTNERSHIP RODRIGUEZ-VELEZ; JESUS M. FRANCO-VILLAFANE; CONJUGAL PARTNERSHIP FRANCO-ARROYO; HECTOR LUIS BAEZ-RODRIGUEZ; ANA TERESITA BORGES-RODRIGUEZ; ALICIA CASTILLO-PENA; WILLIAM MANGUAL-MARTINEZ; CONJUGAL PARTNERSHIP MANGUAL-CASTILLO; MIRIAM CORTES-PEREZ; ELSIE DE JESUS-ROSADO; ISABEL DEL VALLE-RIVERA; SARA J. DISDIER-CABALLERO; ELENA DURAN-SOBRINO; MARIA M. ESPINOSA-MIRANDA; ARIEL PAGAN-RODRIGUEZ; CONJUGAL PARTNERSHIP PAGAN-ESPINOSA; MARLIA FELICIANO-SANTANA; CARLOS M. MELENDEZ; CONJUGAL PARTNERSHIP MELENDEZ-FELICIANO; AMARILIS FLORES-RUIZ; ALFONSO GARCIA-RUIZ; CONJUGAL PARTNERSHIP GARCIA-FLORES; EVA J. FREIRE; FELIX J. LUGO-SOTO; CONJUGAL PARTNERSHIP LUGO-FREIRE; IVETTE FUENTES-FEBLES; GLENDA GARCIA-MARTINEZ; MARIA T. GESWALDO-MEDINA; SANDRA IVETTE GRAU-MORALES; PEDRO R. VILLALTA-BERNABE; CONJUGAL PARTNERSHIP VILLALTA-GRAU; IVELISSE LABOY-RUIZ; MARK A. NESTE; CONJUGAL PARTNERSHIP NESTE-LABOY; MARI ANGELIE LAMBOGLIA-VILA; JOSE F. ADROVER-ROBLES; CONJUGAL PARTNERSHIP ADROVER-LAMBOGLIA; ANA DORIS LLADO-SILVA; LESLIE JANETTE LOPEZ-BAEZ; JUAN CARLOS GONZALEZ-RODRIGUEZ; CONJUGAL PARTNERSHIP GONZALEZ-LOPEZ; NILSA LOPEZ-MARCANO; TENSY MACHARGO-ENRIQUEZ; OMAYRA MARRERO-SANTIAGO; MIGUEL ANGEL LOZADA; CONJUGAL PARTNERSHIP LOZADA-MARRERO; FLORIN M. MARTINEZ-FONTAN; ANGEL M. DE LA ROSA-SCHUCK; CONJUGAL PARTNERSHIP DE LA ROSA-MARTINEZ; NILDA MARTINEZ-

MENDEZ; ELIEZER TULIER-POLANCO; CONJUGAL PARTNERSHIP TULIER-MARTINEZ; JANICE MERCADO-CORUJO; VICENTE ROMAN-ARRIAGA; CONJUGAL PARTNERSHIP ROMAN-MERCADO; NEREIDA MONTES-BURGOS; SAMUEL MONGE-PEREZ; CONJUGAL PARTNERSHIP MONGE-MONTES; LILLIAN OTERO-CABRERA; ALMA PADILLA-MORALES; MINU DERBHIS PAGAN-RAMOS; ISMAEL PLACA-ESTREMERA; CONJUGAL PARTNERSHIP PLACA-PAGAN; ANA L. PEREZ-PEREZ; EILEEN PEREZ-REYES; JOSE JAVIER SANTOS MIMOSO; CONJUGAL PARTNERSHIP SANTOS-PEREZ; LOURDES PUIG-SANCHEZ; CARLOS E. CHAPEL-PALERM; CONJUGAL PARTNERSHIP CHAPEL-PUIG; AYRICELL QUINTANA-MUNIZ; SONIA M. RAMOS-GONZALEZ; REINALDO SANTANA; CONJUGAL PARTNERSHIP SANTANA-RAMOS; NILDA RIVAS-LABOY; JUAN MEDINA-CASTRO; CONJUGAL PARTNERSHIP MEDINA-RIVAS; PEDRO RIVERA-ORTIZ; MARGARITA RIVERA-ROSADO; WANDA RIVERA-VEGA; ERNESTO MALDONADO OJEDA; CONJUGAL PARTNERSHIP MALDONADO-RIVERA; EVELYN RODRIGUEZ-SOTO; GLADYS J. RODRIGUEZ-SULIVERES; BRENDA RODRIGUEZ TORO-DE DAMIANI; NICHOLAS DAMIANI-LOPEZ; CONJUGAL PARTNERSHIP DAMIANI-RODRIGUEZ; YOLANDA RODRIGUEZ TORO-DE GIL; LUIS A. GIL BORGOS; CONJUGAL PARTNERSHIP GIL-RODRIGUEZ; JEANETTE ROIG-LOPEZ; JOSE A. RIVERA; CONJUGAL PARTNERSHIP RIVERA-ROIG; EDDIE W. SANTIAGO-FIGUEROA; CARMEN J. SANTIAGO-HERNANDEZ; FE MIGDALIA SANTIAGO-PADILLA; CARMEN SANTINI-RIVERA; DORA ELISA SOLER-MUNIZ; MAGDA E. TOLEDO-RODRIGUEZ; TAHIRA E. VARGAS-GOMEZ; JOAN VARGAS; CONJUGAL PARTNERSHIP VARGAS-VARGAS; LEONOR VELEZ-ORTIZ; ISRAEL MENCHACA-DOBAL; CONJUGAL PARTNERSHIP MENCHACA-VELEZ; YOLANDA VELEZ-ROSADO; FERNANDO SANCHEZ SALDANA-DOBAL; CONJUGAL PARTNERSHIP SANCHEZ-VELEZ; BRENDA WHARTON-FLORES; ISIDORO HERNANDEZ; CONJUGAL PARTNERSHIP HERNANDEZ-ALVARADO; ESTHER M. ALVAREZ-MELENDEZ; JAVIER O. TORRES; CONJUGAL PARTNERSHIP TORRES-ALVAREZ; MARGARITA ALVAREZ-RODRIGUEZ; LIONEL ARROYO-CARRERO; ADA L. ARROYO-SANCHEZ; JOSE A. HERNANDEZ-NIEVES; CONJUGAL PARTNERSHIP HERNANDEZ-ARROYO; ZENAIDA BASORA-URRUTIA; HERMES ROMAN-AMADOR; CONJUGAL PARTNERSHIP ROMAN-BASORA; LUIS A. CARRION-PEREZ; SILVIA E. CASIANO-TELLADO; GERARDO F. LOPEZ-MUNOZ; CONJUGAL PARTNERSHIP LOPEZ-CASIANO; BARBARA CASIANO-VELAZQUEZ; LUISA M. CASTRO-RIVERA; JAIME LUIS GARCIA-GARDA; CONJUGAL PARTNERSHIP GARCIA-CASTRO; CARMEN M. CRESPO; ANDRES DURAN-CASTANOS; VANESSA FIGUEROA-GONZALEZ; CONJUGAL PARTNERSHIP DURAN-FIGUEROA; ZONYA ESPINOSA-TARNIELLA; DORA FERNANDEZ-PADILLA; GLADYS M. FIGUEROA-GAUTIER; RICHARD ZAMBRANA; CONJUGAL PARTNERSHIP ZAMBRANA-FIGUEROA; AUDILIA FUENTES-SANTOS; LOURDES GODEN-GAUD; ELIUD A. SERRANO-GONZALEZ; CONJUGAL PARTNERSHIP SERRANO-GODEN; JOSSIE A. GONZALEZ-VENTURA; EDGARDO REYES-MORALES; CONJUGAL PARTNERSHIP REYES-GONZALEZ; ROSA D. HERNANDEZ-ROSADO; RICARDO LEBRON-MALDONADO; CONJUGAL PARTNERSHIP LEBRON-HERNANDEZ; JANINE HIDALGO-SANTIAGO; HECTOR MARTINEZ-TOSADO; CONJUGAL PARTNERSHIP MARTINEZ-HIDALGO; ALICE M. HUYKE-SOUFFRONT; CARLOS E. JIMENEZ-TORRES; CONJUGAL PARTNERSHIP JIMENEZ-HUYKE; OLGA M. JAUME-TAPIA; ANTONIO GINES-

MONTALVO; CONJUGAL PARTNERSHIP GINES-JAUME; MARIA L. JULIA-JULIA; MIGUEL ANGEL RIOS-GERENA; CONJUGAL PARTNERSHIP RIOS-JULIA; ANA R. JULIA-SAVARIT; LINDA LOPEZ-ARRIAGA; JOSE REYES-ROSARIO; CONJUGAL PARTNERSHIP REYES-LOPEZ; ARLENE LOPEZ-CANCEL; LUIS A. MARTINEZ-VAZQUEZ; FELICITA MONTANEZ-FIGUEROA; MIGUEL A. ALBARRAN-REYES; CONJUGAL PARTNERSHIP ALBARRAN-MONTANEZ; ASMARA MORALES-YEPES; CARMEN T. MORRIS-ZAMORA; VIVIAN ORTIZ-SCHETTINI; MARIA DE LOS A. PACHECO-RODRIGUEZ; ALFRED DEMEL; CONJUGAL PARTNERSHIP DEMEL-PACHECO; YANIRA PADILLA-SANTIAGO; ELIEZER PARRILLA-MELENDEZ; MARIA GARCIA-MONTANEZ; CONJUGAL PARTNERSHIP PARRILLA-GARCIA; LIZA POLANCO-PAGAN; WALTER RICARDO BONILLA-SANTALIZ; CONJUGAL PARTNERSHIP BONILLA-PAGAN; MYRNA QUIJANO-GUILLAMA; SONIA RIVERA-COLON; JORGE ARIEL VAZQUEZ-ROMAN; CONJUGAL PARTNERSHIP VAZQUEZ-RIVERA; IRIS RODRIGUEZ-DELGADO; ANGEL F. ROLON-RIVERA; MARIA TERESA DEL VALLE; CONJUGAL PARTNERSHIP ROLON-DEL VALLE; GINNETTE ROSADO-SANCHEZ; EUGENIO RENE CHINEA; CONJUGAL PARTNERSHIP CHINEA-ROSADO; JAVIER ROSADO-TORRES; MARIA S. URANGO-SALCEDO; CONJUGAL PARTNERSHIP ROSADO-URANGO; FANIVEL ROSARIO-SANTIAGO; ADELA SABATIER-AGUILA; RUDY E. MAYOL-KAUFFMANN; CONJUGAL PARTNERSHIP MAYOL-SABATIER; ANA SIERRA-DIAZ; CESAR MANUEL SIERRA-RONDON; CONJUGAL PARTNERSHIP SIERRA-SIERRA; MAYRA E. SOTO-GUZMAN; JOSE A. CANDELARIA-MALDONADO; CONJUGAL PARTNERSHIP CANDELARIA-SOTO; NELLY-ANN SUAREZ-PESANTE; ANA M. TIRADO-COLON; YARIM E. CROS-VAZQUEZ; CONJUGAL PARTNERSHIP CROS-TIRADO; CLARA L. TIRADO-RIOS; SAMUEL LOPEZ-PEREZ; CONJUGAL PARTNERSHIP LOPEZ-TIRADO; AURIN VALCARCEL-CERVERA; MIRTELINA VAZQUEZ-ROBLES; JOSE V. TORRES-RIVERA; CONJUGAL PARTNERSHIP TORRES-VAZQUEZ; MIRIAM VILLARDEFRANCOS-VERGARA; LOURDES M. ZEGRI-PRIETO; CARLOS E. RENTAS-GIUSTI; CONJUGAL PARTNERSHIP RENTAS-ZEGRI,

Plaintiffs - Appellees,

v.

ARCHDIOCESE OF SAN JUAN, PUERTO RICO,

Defendant - Appellant,

SUPERINTENDENCE OF CATHOLIC SCHOOLS OF SAN JUAN; ACADEMIA DEL PERPETUO SOCORRO; ACADEMIA SAN IGNACIO DE LOYOLA; ACADEMIA SAN JOSE; HOLY CATHOLIC APOSTOLIC ROMAN CHURCH; SUPERINTENDENCE OF CATHOLIC SCHOOLS OF CAGUAS; ACADEMIA DEL ESPIRITU SANTO; COLEGIO NUESTRA SENORA DE LOURDES; COLEGIO NUESTRA SENORA DE BELEN; COLEGIO NUESTRA SENORA DE GUADALUPE; COLEGIO SAGRADO CORAZON DE JESUS; COLEGIO SAN VICENTE DE PAUL; ACADEMIA SAN JORGE; COLEGIO SANTA CRUZ; COLEGIO CORAZON DE MARIA; ACADEMIA NUESTRA SENORA DE LA

PROVIDENCIA; COLEGIO LA PIEDAD; MONSIGNOR ROBERTO GONZALEZ-NIEVES, individually and in his official capacity as Archbishop of San Juan; ANA CORTES-CRESPO, individually and in her official capacity as Superintendent of Catholic Schools of the Archdiocese of San Juan; HERMANA CARMEN GONZALEZ; RAUL NIEVES; ANIBAL COLON-ROSA; PADRE JUAN SANTA-GUZMAN; RAMON GUZMAN; ANGEL M. GALINANES LLORENS; ANGEL CASTILLO-BURGOS; ROSA FIGUEROA-MUNDO; JULIO SANCHEZ-ORTIZ; RENE AVILES-LOPEZ; SAMUEL SOTO-ALONSO; PADRE ENRIQUE CAMACHO; PADRE MILTON RIVERA; PADRE DAVID VARGAS; JOSE PIZA; ENRIQUE DAVILA; ROSA I. PEREZ; PADRE CARLOS QUINTANA; PADRE VALERIANO MIGUELES; PADRE ARMANDO ALVAREZ; RAFAEL L. MORALES; MARIA S. DE MARXUACH; MONSIGNOR BAUDILIO MERINO,

Defendants.

───────────────────

Before

Torruella, Lynch and Kayatta,
Circuit Judges.

───────────────────

**JUDGMENT**

Entered: March 25, 2020

With their recent filings, the parties have expressed the view that the appeal need not proceed in view of the United States Supreme Court's decision in Roman Catholic Archdiocese of San Juan, Puerto Rico v. Acevedo Feliciano, 589 U.S. __, 140 S. Ct. 696 (2020) (per curiam). Upon careful consideration, we dismiss this appeal as moot. See Charles Alan Wright, et al., 13B Federal Practice and Procedure, § 3533.2.1 (3d ed. 2019 supp.) (if full relief is accorded by another tribunal, "a proceeding seeking the same relief is moot"); see also Cty. Motors, Inc. v. Gen. Motors Corp., 278 F.3d 40, 43 (1st Cir. 2002) ("When circumstances change from the time the suit is filed to the time of appeal, so that the appellate court . . . has no effective relief to offer, the controversy is no longer live and must be dismissed as moot.") (internal quotations omitted); 1st Cir. Loc. R. 27.0(c) (court may dismiss at any time if jurisdiction lacking).

By the Court:

Maria R. Hamilton, Clerk

cc:
German Jose Brau-Ramirez
Frank Zorrilla-Maldonado
Jesus R. Rabell-Mendez
Luisa Sussette Valle-Castro
Carmen D. Conde Torres
Luis Francisco Colon-Conde
Jose O. Ramos-Gonzalez
Jose Ramon Rivera-Morales